IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARZELL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:25-CV-133 (MTT) |
| YORKSHIRE ROSE TRANSPORT LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Defendants move to compel nonparty, Pratt Logistics, LLC, to produce certain documents. ECF 23. However, the Court lacks jurisdiction to consider this motion. Under Federal Rule of Civil Procedure 37(a)(2), which governs motions to compel, "[a] motion for an order to a nonparty must be made in the court where the discovery is or will be taken." *See also* Fed. R. Civ. P. 45(d)(2)(B)(i) (Where there are objections to a subpoena, the serving party may only "move the court for the district where compliance is required for an order compelling production."); Fed. R. Civ. P. 45(g) (unless a motion is transferred, only "[t]he court for the district where compliance is required" may hold a noncomplying party or nonparty in contempt).

Defendants' subpoenas command the production of the documents to Center City Legal Reproductions at 1315 Walnut Street, Suite 601, Philadelphia, PA 19107 or to Defendants' counsel's office located in Atlanta, Georgia, which is in the Northern District of Georgia. ECF 23–2 at 4; ECF 23–3 at 4. Further, Pratt Logistics, LLC is located in Marietta, Georgia, which is in the Northern District. ECF 23–2 at 1; ECF 23–3 at 1. Accordingly, Defendants' motion to compel (ECF 23) is **DENIED for lack of**

**jurisdiction**.

    **SO ORDERED**, this 11th day of December, 2025.

<u>S/ Marc T. Treadwell</u><br>
MARC T. TREADWELL, JUDGE<br>
UNITED STATES DISTRICT COURT